| AO-10 (WP) Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) DiClerico, Joseph A., Jr. | 2. Court or Organization United States District Court District of New Hampshire | 3. Date of Report 4/27/06 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial __X__ Annual ___ Final 5b. ___ Amended Report | 6. Reporting Period 01/01/05 - 12/31/05 |
| 7. Chambers or Office Address 55 Pleasant Street, Room 400 Concord, NH 03301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| | | |
|---|---|---|
| [X] NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | $ |
| 3 | | $ |
| | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1 2005 | ▮▮▮▮▮▮▮▮▮▮▮ | |
| 2 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] | **NONE** (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [ ] | **NONE** (No such reportable gifts.) | | |
| 1 | ▆▆▆▆▆▆ | Use of boathouse (see part VIII) | $ 1,500 yr. (est.) |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION CODE* | VALUE |
|---|---|---|---|
| [X] | **NONE** (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=$25,000,001-50,000,000 | | P4=$50,000,001 or more |

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Joseph A. DiClerico, Jr. | 4/27/06 |

## VII. PAGE 1 INVESTMENTS and TRUSTS  -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| _____ NONE *(No reportable income, assets, or transactions.)* | | | | | | | | | |
| **List A** | | | | | | | | | |
| 1  Sh. Com. AT&T | | | | | Merger with SBC 11/18/05. After merger SBC changed name to AT&T | | J | | |
| | A | Div. | J | T | sale of fractional share | 11/18 | J | | |
| 2  Sh. Com. Avaya, Inc. | | None | J | T | | | | | |
| 3  Sh. Com. Bristol-Myers Squibb | C | Div. | L | T | | | | | |
| 4  Sh. Com. Coca-Cola Co. | B | Div. | L | T | | | | | |
| 5  Comcast (X) | | None | J | T | | | | | |
| 6  Sh. Com. Community Bancorp | C | Div. | L | T | | | | | |
| 7  Sh. Com. Exxon Mobil | A | Div. | J | T | | | | | |
| 8  Sh. Com. General Electric | D | Div. | N | T | | | | | |
| 9  Sh. Com. Lucent Technologies | | None | J | T | | | | | |

1 Income/Gain Codes: A=$1,000 Or Less   B=1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1,D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2= More than $5,000,000

2 Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1,D3)   N=$250,001-$500,000   O=$500,000-$1,000,000   P1=$1,000,0001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000

3 Value Method Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book Value   V=Other   W=Estimated

# VII. PAGE 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g. div, rent, or int.) | C. Gross Value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 10 Sh. Com. NH Thrift Bankshares | A | Div. | K | T | | | | | |
| 11 Centennial Money Market Trust | A | Div. | K | T | | | | | |
| 12 Wachovia Securities Bank Deposit Sweep Option (formerly Moneymarket Fund) | A | Div. | K | T | | | | | |
| 13 Zimmer Holdings | | None | K | T | | | | | |
| 14 The Phoenix Companies Inc. | A | Div. | J | T | | | | | |
| 15 Phoenix Mutual Life Ins. Co. - Life Insurance | A | Div. | K | T | | | | | |
| 16 IRA American Balanced Fund Class C ▓▓▓▓rollover account) | A | Div. & Distrib | J | T | | | | | |
| 17 ▓▓▓▓Rollover IRA Account | | | | | | | | | |
| - American Balanced Fund Class C | B. | Div.& Distrib | K | T | | | | | |
| - Capital Income Builder Fund Class C | B | Div. & Distrib | L | T | | | | | |
| **List B** - All Items have been previously disposed of | | | | | | | | | |
| **List C** | | | | | | | | | |
| 18 NH St. Cap. App. Zero Coup. Bnd. Col Svgs. Program (2) 8/1/05, 8/1/05 | | | | | Matured | 8/1 | J | B | |
| 19 NH St. Cap. App. Zero Coup. Bnd. Col. Svgs. Program 8/1/07 | | None | J | T | | | | | |
| 20 NH Gen. Obl. Zero Coup. Bnd. Col. Svgs. Program 8/1/09 | | None | J | T | | | | | |

| 1 Income/Gain Codes: (See Col. B1,D4) | A=$1,000 Or Less F=$50,001-$100,000 | B=1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2= More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1,D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. PAGE 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross Value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 21  Souhegan NH Coop. School Dist. Cap. Apprec. Zero Coup. Bnd. 10/15/07 | | None | J | T | | | | | |
| 22  Puerto Rico G.O. Zero Coup. Bnd 7/1/06 | | None | K | T | | | | | |
| 23  NH St. Cap. App. Col Svgs. Zero Coup. Bnd. 9/1/11 | | None | J | T | Buy | 10/10 | J | | |
| 24  ▓▓▓▓ Bank Account | A | Int. | J | T | Open | 11/12 | J | | |
| **List D** | | | | | | | | | |
| 25  ▓▓▓▓ Svgs. Bank Accounts | A | Int. | K | T | | | | | |
| 26  ▓▓▓▓ Svgs. Bank Accounts | A | Int. | K | T | | | | | |
| 27  ▓▓▓▓ Savings Bank Account | A | Int. | | | Matured | 7/31 | J | A | |
| 28  Real Estate, ▓▓▓▓ 2005 Assessed value: $90,000. Assessed Value is 89.4% of fair market value for 2005, which is $100,671 | | | | | | | | | |
| 29  **Trust I** (see Part VIII) | E | Int., Div. & Cap. Gain | O | T | | | | | |
| 30  - Bristol-Myers Squibb | | | | | | | | | |
| 31  - Exxon Mobil Corp. | | | | | | | | | |
| 32  - General Electric | | | | | | | | | |
| 33  - IBM | | | | | | | | | |
| 34  - Centennial Money Market Trust | | | | | | | | | |
| 35  - Manchester NH G.O. Pub. Impvmt. Bnd. 7/1/15 | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 Or Less F=$50,001-$100,000 | B=1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1,D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,000-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. PAGE 4 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) *Place "(X)." after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross Value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| _____ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 36 - ▉▉▉ Bank Account | | | | | Matured | 1/27 | L | B | |
| | | | | | Reinvest | 1/27 | L | | |
| 37 - Capital Income Builder Fund - A | | | | | | | | | |
| 38 - Income Fund of America Inc. | | | | | | | | | |
| 39 - ▉▉▉ Bank Account | | | | | Redeemed | 4/21 | L | B | |
| 40 - Banco ▉▉▉▉▉ Account | | | | | Buy | 1/28 | L | | |
| | | | | | Redeem | 7/28 | L | B | |
| 41 - ▉▉▉ Invt. & Ln Account | | | | | Buy | 4/26 | L | | |
| | | | | | Redeem | 11/04 | L | B | |
| 42 - ▉▉▉ Bank Account | | | | | Buy | 8/5 | L | B | |
| 43 - ▉▉▉▉▉ Bank Account | | | | | Buy | 11/07 | L | | |
| 44 **Trust II** (See Part VIII) | D | Int., Div. & Cap. Gain | N | T | | | | | |
| 44 - Centennial Money Market Trust/Cash | | | | | | | | | |
| 45 - Insured Muni Income Tr. #163 | | | | | Distribution of Principal | 12/25 | J | | |
| 46 - NH Municipal Bnd. Bk. 8/15/19 | | | | | | | | | |
| 47 - ▉▉▉ Svgs. Bank Account | | | | | Matured | 3/10 | M | B | |
| | | | | | Renewed | 3/10 | L | | |
| 48 - ▉▉▉ Bank Account | | | | | Redeemed | 7/15 | L | B | |
| 49 - ▉▉▉ Savings Bank Account | | | | | Matured | 6/21 | L | A | |
| 50 - ▉▉▉ Bank Account | | | | | Matured | 1/27 | L | A | |
| | | | | | Renewed | 1/27 | L | | |
| 51 - ▉▉▉ Bank Account | | | | | Buy | 6/28 | L | | |

1 Income/Gain Codes: (See Col. B1, D4)
A=$1,000 Or Less  B=1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2= More than $5,000,000

2 Value Codes: (See Col. C1,D3)
J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,000-$1,000,000  P1=$1,000,0001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3 Value Method Codes: (See Col. C2)
Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
U=Book Value  V=Other  W=Estimated

# VII. PAGE 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| _____ NONE *(No reportable income, assets, or transactions.)* | | | | | | | | | |
| 52 - ▮▮▮▮ Bank Account | | | | | Redeem | 1/21 | L | A | |
| 53 - ▮▮▮▮ Bank Account | | | | | Buy Redeem | 1/31 8/1 | L L | B | |
| 54 - ▮▮▮▮ Bank Account | | | | | Buy | 7/25 | L | | |
| 55 - ▮▮▮▮ Account | | | | | Buy | 8/5 | L | | |
| 56 **Trust III** (See Part VIII) | E | Int., Div. & Rent | E | T&W | | | | | |
| 57 - Archer Daniels | | | | | | | | | |
| 58 - Bell South | | | | | | | | | |
| 59 - CSX | | | | | | | | | |
| 60 - Exxon Mobil | | | | | | | | | |
| 61 - FPL Group | | | | | | | | | |
| 62 - General Electric | | | | | | | | | |
| 63 - Rockwell Automation | | | | | | | | | |
| 64 - AT&T (formerly SBC Communications, Inc. - see line 1) | | | | | SBC Merger with AT&T | 11/18 | J | | |
| 65 - Tri-Continental | | | | | | | | | |
| 66 - Verizon | | | | | | | | | |
| 67 - American Electric Power Co. | | | | | | | | | |
| 68 - ▮▮▮▮ Svgs. Bank Account | | | | | | | | | |
| 69 - Rental Property - ▮▮▮▮ SC | | | | | | | | | |
| 70 - Rockwell Collins, Inc. | | | | | | | | | |
| 71 - Centennial Money Market Trust | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 Or Less F=$50,001-$100,000 | B=1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2= More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1,D3) | J=$15,000 or less N=$250,001-$500,000 P2=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,000-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P3=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. PAGE 6 INVESTMENTS and TRUSTS  -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transa. |
| 72 - Portsmouth N.H. Gen. Obl. Bnds. 9/15/20 | | | | | | | | | |
| 73 - Comcast Corp. New Class A | | | | | | | | | |
| 74 **Trust IV** (See Part VIII) | B | Int. & Div. | L | T | | | | | |
| 75 - Evergreen Funds - Tax Free Municipal Bond Fund A | | | | | | | | | |
| 76 - ████ Svgs. Bank Account | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,001-$500,000 | O=$500,000-$1,000,000 | P1=$1,000,000-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book Value | V=Other | W=Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Joseph A. DiClerico, Jr. | 4/27/06 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

1. Part V - OTHER GIFTS

 Estimated value based on appraisal done in 1992 by a realtor.

2. Part VII - INVESTMENTS AND TRUSTS

Lines 29, 44, 56, and 74 - Spouse is a trustee of Trusts I, II, III, and IV.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Date *April 27, 2006*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544